

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:                01-13-00375-CV

Style:                       RWS Transport, L.P. d/b/a Republic Waste Services and Bobby R. Matthews

                             **v** Karla Keith

Date motions filed*:         July 25, 2013

Type of motions:             Motion requesting pro hac vice admission to the State Bar of Texas for participation in singular action; Motion in support of Ernest S. Bustamante's admission pro hac vice

Party filing motions:        Ernest S. Bustamante; Appellants

Document to be filed:

Is appeal accelerated?       No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:          Current Due date:
    Date Requested:

Ordered that motions are:

☑    Granted

       If document is to be filed, document due:

       ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

Judge's signature:   /s/ Laura C. Higley
                     ☑ Acting individually      ☐ Acting for the Court

Panel consists of    _____

Date: August 2, 2013

November 7, 2008 Revision